ERNEST D. BARRETT, Respondent, v. PARAMOUNT HOTEL CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. THE CLINICAL LABORATORIES COMPANY, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.; Merrell, J., dissents and votes for reversal and a new trial.

WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. WALTER C. BAKER, Defendant, Impleaded with HENRY A. TREMAINE, Appellant.*— Judgment affirmed with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.; Merrell, J., dissents and votes for reversal and a new trial.

DAVID KLECKNER, Respondent, v. CONTINENTAL CAN COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HERMAN PFLUGER, Appellant, v. THE NEW YORK RAILWAYS CORPORATION and JOHN SMITH, Respondents.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless defendants, within twenty days from service of order, stipulate to increase the judgment as entered to the sum of $3,647; in which event the judgment as so modified is affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LILLIAN EUDORA SHRADY, Appellant, v. ARCHIBALD M. SHRADY, as Executor, etc., of MARTHA L. SHRADY, Deceased, and Others, Defendants, Impleaded with NEW YORK STATE TEACHERS RETIREMENT SYSTEM, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

J. WOODWARD CLARIS, Respondent, v. J. ERNEST RICHARDS and Others, Defendants, and JACOB H. LEVANTINE, Interpleaded by Order of this Court Made and Entered on the 21st Day of March, 1930, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOHN JOHNSON, Respondent, v. ADELE SUTTA, Appellant.— Judgment reversed and a new trial ordered, on the ground that the finding of guilt was against the weight of the evidence. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FAY BECHTOL NEY, Respondent, v. K. WINFIELD NEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.